

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054

P: 856-596-8900
F: 856-596-9631
www.parkermccay.com

J. Brooks DiDonato, Esquire
P: 856-985-4047
bdidonato@parkermccay.com

October 24, 2011

File No. 15108-0002

VIA E-MAIL

Hon. Lois H. Goodman U.S.M.J.
**UNITED STATES DISTRICT COURT**
**Clarkson Fisher Fed Bldg & US Courthouse**
402 E. State Street
Trenton, NJ 08608

Re: <u>Rivera v. City of Trenton, et al</u>
    Docket No. 3:11-cv-02559

*[Handwritten: Initial Conference Rescheduled to January 3, 2012 at 2:30 p.m. So Ordered this 2nd day of November, 2011. /s/ Lois H. Goodman]*

Dear Hon. Goodman:

I managed to speak with George Somers, Esquire, regarding the above matter after the Initial Case Scheduling Conference scheduled before Your Honor on Monday, October 24, 2011. As advised at that time, Mr. Somers was unaware of the hearing and in another courtroom at that time.

In any event, I am writing to advise that during our conversation Mr. Somers advised that he would like to have some time to re-review the file, speak with his clients and then determine whether they may wish to seek other counsel or he may wish to bring someone else to either take over the file or assist him with it. He mentioned needing something in the area of sixty (60) days for that purpose and I advised him that I thought it would be best that we notify the court of this and set up a conference call so that it might be addressed.

My office will be in touch with both Your Honor's Chambers and Mr. Somers in the near future to schedule such a call. Obviously, if the Court would like us to come in to discuss the matter in person we would be happy to do so.

Respectfully,

s/ *J. Brooks DiDonato*
J. BROOKS DiDONATO

JBD/dle
cc: George B. Somers Jr., Esquire

Mount Laurel, New Jersey | Lawrenceville, New Jersey | Atlantic City, New Jersey