UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Melvin Rivera, et al                    CIVIL 11-2559 (PGS)

    V.

City of Trenton, et al                  O R D E R

It appearing that proceedings in the above matter have been stayed,

It is on this 10th day of April 2012,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

_____
PETER G. SHERIDAN, U.S.D.J.